# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FREDRICK GOLDEN,

        **Plaintiff,**

        **v.**                            **Case No. 19-CV-1662**

COURIER DISTRIBUTION SYSTEMS LLC,

        **Defendant.**

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Plaintiff Fredrick Golden filed a proposed class and collective action complaint on November 12, 2019, alleging that his employer, defendant Courier Distribution Systems, LLC, "had a common policy and practice of deducting daily meal periods from its delivery drivers' hours worked despite knowing or having reason to know that its delivery drivers have performed work during such meal periods." (ECF No. 1 at 1.) Golden alleged claims under the Fair Labor Standards Act and Wisconsin law for unpaid wages and unpaid overtime. (ECF No. 1.)

On January 3, 2020, Courier moved to dismiss the complaint, arguing that there no longer exists any case or controversy because it had offered Golden full relief for his claims. (ECF No. 11.) Golden opposes the motion. (ECF No. 18.) Courier did not reply.

All parties have consented under 28 U.S.C. § 636(c) to have this court conduct all proceedings in this matter.

Courier argues, "The Seventh Circuit has long approved of mooting putative class actions by tendering full relief to the named plaintiff, as long as the tender is made before the plaintiff files a motion for class certification." (ECF No. 12 at 5.) That was the law of this circuit at one time. But in 2015, in *Chapman v. First Index, Inc.*, 796 F.3d 783, 787 (7th Cir. 2015), the Court of Appeals for the Seventh Circuit overruled the authority on which Courier's argument relies. The Supreme Court subsequently agreed with the Seventh Circuit's decision. *See Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663, 672 (2016) ("an unaccepted settlement offer or offer of judgment does not moot a plaintiff's case"). "Rejecting a fully compensatory offer may have consequences other than mootness," *Chapman*, 796 F.3d at 787, but Courier does not argue for dismissal on any other basis.

**IT IS THEREFORE ORDERED** that Courier Distribution Systems, LLC's motion to dismiss (ECF No. 11) is **DENIED**.

Dated at Milwaukee, Wisconsin this 21st day of April, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge